1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-6475
6        FAX: (415) 436-7234
         wendy.garbers@usdoj.gov
7
   Attorneys for Defendant U.S.
8  DEPARTMENT OF EDUCATION

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  MIGUEL ILAW,                    )  No. 16-cv-3935 LB
                                    )
14        Plaintiff,                )  **STIPULATION OF DISMISSAL**
                                    )
15     v.                           )
                                    )
16  U.S. DEPARTMENT OF EDUCATION,   )
                                    )
17        Defendant.                )
                                    )

STIP OF DIMISSAL
No. 16-cv-3935 LB                                                    1

**STIPULATION**

WHEREAS, the student loan at issue in this litigation has been discharged in plaintiff's related bankruptcy action, *In Re Miguel Ilaw,* No. 16-3040, pending before the Honorable Hannah L. Blumenstiel;

WHEREAS, said discharge moots out all claims for relief in this action;

IT IS HEREBY STIPULATED by the parties to the above-captioned action that, pursuant to FRCP 41(a)(1)(A)(ii), this entire action is dismissed, each side to bear its own costs and attorneys' fees.

DATED:  October 4, 2016                  Respectfully submitted,

                                         BRIAN J. STRETCH
                                         United States Attorney

                                          /s/ *Wendy M. Garbers*
                                         WENDY M. GARBERS
                                         Assistant United States Attorney
                                         Attorneys for Defendant


DATED:  October 4, 2016                  MIGUEL ILLAW

                                          /s/ *Miguel Ilaw*\*
                                         Plaintiff Pro Se

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiff has concurred in the filing of this document.*